```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

ORLANDO PIERRE WILLIAMS,

      Petitioner,

v.                            Civil Action No. 2:19-cv-00144

FREDERICK ENTZEL, JR.,
Warden, FCI Hazelton,

      Respondent.

## MEMORANDUM OPINION AND ORDER

Pending are the objections to the Proposed Findings and Recommendation ("PF&R") of United States Magistrate Judge Dwane L. Tinsley, filed by the petitioner, Orlando Pierre Williams, on January 7, 2020.

On February 4, 2019, following a revocation hearing held on November 27, 2018, the United States Parole Commission ("the Parole Commission") revoked the petitioner's supervised release and imposed a 24-month term of imprisonment, with no further supervision to follow. The petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on January 17, 2019 to challenge the revocation of his supervised release. The Magistrate Judge filed a PF&R on December 27, 2019, recommending that the court deny the motion for summary

judgment, the petition for a writ of habeas corpus, and the motion for certificate of innocence, and that the court dismiss the action. See ECF No. 43. The petitioner timely filed written objections on January 7, 2020. See ECF No. 46.

In a handwritten letter dated March 19, 2020 and received by the court on March 26, 2020, the petitioner advises the court that he was released from federal custody on March 13, 2020. See ECF No. 49. The petitioner further advises that there is no action that the court can render on behalf of the petitioner because his term of imprisonment is complete and no further supervision has been imposed. Id.

The petitioner's petition for a writ of habeas corpus is moot because the petitioner is no longer in federal custody and is not subject to a term of supervised release. Accordingly, it is ORDERED that this civil action be, and it hereby is, dismissed as moot.

The Clerk is directed to forward copies of this memorandum opinion and order to the petitioner, all counsel of record, and the United States Magistrate Judge.

ENTER: March 30, 2020

John T. Copenhaver, Jr.
Senior United States District Judge